# EXHIBIT D-5

# Aqueous Film Forming Foam

# Report to Congress



CLEARED
For Open Publication

Nov 03, 2017

Department of Defense
OFFICE OF PREPUBLICATION AND SECURITY REVIEW

# October 2017

Office of the Under Secretary of Defense
for Acquisition, Technology, and Logistics

The estimated cost of this report or study for the Department of Defense is approximately $11,000 for the 2017 Fiscal Year.  This includes $3,600 in expenses and $7,200 in DoD labor.
Cost estimate generated on August 10, 2017 RefID: C-88F-50EC

18-C-0270

# Table of Contents

I.  Introduction ................................................................................................................ 1

II.  Background ................................................................................................................ 1

III.  Department of Defense's (DoD) Approach to Perfluorooctane Sulfonate (PFOS) and Perfluorooctanoic Acid (PFOA) ...................................................................... 2

IV.  Formerly Used and Current Military Installations Where AFFF Was or Is Currently Used and the Impact of PFOS and PFOA Contaminated Drinking Water on Surrounding Communities .......................................................................................... 4

V.  Plans for Prompt Community Notification of Drinking Water Contamination, When Contamination was Detected, and Procedures for Timely Remediation ........................... 5

VI.  Conclusion ................................................................................................................ 6

# Appendices

Appendix A:  Number of Installations and Drinking Water Systems Tested for PFOS and PFOA, and Associated Sampling Costs

Appendix B:  DoD Summary of Safe Drinking Water Actions where DoD is the Drinking Water Purveyor and the Systems Tested Above the EPA Lifetime Health Advisory Level

Appendix C:  DoD Installations with a Known or Suspected Release of PFOS or PFOA

18-C-0270

## I. Introduction

The Joint Explanatory Statement accompanying the Consolidated Appropriations Act, 2017 (Public Law 115-31), directs the Secretary of Defense to provide information regarding the Department's efforts to address perfluorinated chemicals (PFCs) contamination on military bases and in neighboring communities due to the use of aqueous film forming foam (AFFF). This report contains information to meet the following reporting requirements:

1. Assess the number of formerly used and current military installations where AFFF was or is currently used, and the impact of PFC contaminated drinking water on surrounding communities; and

2. Include plans for prompt community notification of such contamination, when the contamination was detected, and the procedures for timely remediation.

## II. Background

PFCs, including perfluorooctane sulfonate (PFOS) and perfluorooctanoic acid (PFOA), are a large group of man-made chemicals commonly found in the environment. PFCs are widely used to make many industrial and consumer products resistant to heat, stains, water, and grease (e.g., non-stick cookware, waterproof fabric, and firefighting foam). In the 1970s, DoD began using AFFF that contained PFOS and, in some formulations, PFOA. This mission critical product saves lives and protects assets by quickly extinguishing petroleum-based fires, and the Federal Aviation Administration required its use at airports nationally. As a result of AFFF use, PFOS and PFOA has been detected at a number of DoD installations. This report focuses on PFOS and PFOA because these are the only known PFCs with health advisories.

In May 2000, the American manufacturers began voluntarily phasing out the production of PFOS-related products, including AFFF containing PFOS, in response to proposed U.S. Environmental Protection Agency (EPA) regulations under the Toxic Substances Control Act. Shortly after that time, AFFF containing PFOS was no longer available for purchase, but due to its long shelf life the DoD Components may still have some AFFF containing PFOS in their inventory.

In 2009, the EPA Office of Water established a provisional short-term health advisory for PFOS at 200 parts per trillion (ppt) and PFOA at 400 ppt under the Safe Drinking Water Act (SDWA). Although this advisory applied only to drinking water and not to cleanup, DoD used the toxicity data from the provisional health advisory to assess risk to human health at its cleanup sites. Using the 2009 provisional health advisory, DoD identified very few sites that posed an unacceptable risk to human health.

To address rising concerns associated with the use of AFFF containing PFOS, DoD issued a human health and environmental risk alert for AFFF in 2011 that suggested guidelines to control future releases. The alert also advised the DoD Components to determine site-specific characterization, assessment, and risk management procedures if records indicate that a facility may have a release of AFFF into the environment.

18-C-0270

On May 19, 2016, EPA issued a SDWA lifetime health advisory (LHA) recommending that the individual or combined levels of PFOS and PFOA concentrations in drinking water be below 70 ppt. This LHA level is significantly lower than the 2009 short-term health advisory. While it is only guidance under the SWDA and is not a required or enforceable drinking water standard, DoD began taking actions to address impacted drinking water based on the new LHA. For example, DoD issued a policy in June 2016 requiring the DoD Components to sample and test drinking water systems where DoD is the water purveyor and to take action where the EPA LHA was exceeded.

The DoD Components also developed strategies under the Defense Environmental Restoration Program (DERP) to start proactively investigating and addressing DoD releases of PFOS and PFOA. As of December 31, 2016, DoD has spent approximately $202 million on PFOS and PFOA sampling, analysis, and cleanup, including about $199 million that was originally programmed for cleanup activities at other sites. This will likely lead to delays in completing cleanup at those sites. We also expect the cost-to-complete estimate to increase as we determine what cleanup actions are required to address the releases of PFOS and PFOA.

## III.  DoD's Approach to PFOS and PFOA

The Department is committed to addressing the health risk associated with releases of PFOS and PFOA and ensuring safe drinking water for the people living and working on its installations and in the surrounding communities. To that end, DoD is using a multi-faceted approach, discussed in more detail below, to address PFOS and PFOA concerns related to drinking water, cleanup, and the AFFF supply chain.

### Drinking Water on Our Installations

The Department sampled 63 drinking water systems for PFOS and PFOA in compliance with EPA's SDWA 3rd Unregulated Contaminant Monitoring Rule (UCMR3)[1]. After the Department completed UCMR3 testing in December 2015, only one DoD drinking water system, at Wright Patterson Air Force Base, tested above the EPA LHA level. The Air Force took the two affected wells at Wright Patterson Air Force Base out of service and worked with Ohio environmental officials to install granular activated carbon filters on the impacted wells. These wells have since returned to service.

In June 2016, the Assistant Secretary of Defense for Energy, Installations, and Environment (ASD(EI&E)) directed the DoD Components to test for PFOS and PFOA where DoD supplies drinking water, including overseas systems, and assess the results against the EPA LHA level. Under this policy, as of March 2017, DoD has tested 83 percent of its 515 drinking water systems and expects to complete the testing in FY 2017. Appendix A shows the number of installations and drinking water systems the DoD Components tested. As of December 2016, 19

---

[1] UCMR3 required sampling of approximately 6,000 public drinking water systems in the United States and its territories between 2013 and 2015, including 63 DoD drinking water systems. The estimate of 6,000 public drinking water systems is based on the May 2012 EPA UCMR3 fact sheet, "The Third Unregulated Contaminant Monitoring Rule: Searching for Emerging Contaminants in Drinking Water."

18-C-0270

DoD drinking water systems, including overseas, tested above the EPA LHA level. For drinking water systems that test above the EPA LHA level, DoD is following EPA's health advisory recommended actions. Appendix B lists the 19 drinking water systems that tested above the EPA LHA level, and includes the EPA recommended actions the DoD Components took to ensure no one is drinking water with elevated levels of PFOS and/or PFOA. These actions include, but are not limited to:

- Publicly notifying water consumers;
- Shutting down a well(s);
- Retesting;
- Providing alternative drinking water; and
- Adding a granular activated carbon filter to the well.

Additionally, where DoD purchases drinking water, installations are encouraged to ask if their suppliers have tested the drinking water for PFOS and PFOA and if so, whether the results are below the EPA LHA level. If the drinking water supplier has not conducted testing, the Departments of the Air Force and Navy test the drinking water at the tap. The Department of the Army is in the early stages of testing. If the results of these tests are above the EPA LHA level, DoD Components will work with the drinking water supplier to take appropriate actions.

**DERP**

The Department is committed to addressing on-base releases and off-base migration of PFOS and PFOA under the Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA). The Department follows a comprehensive approach to identify installations where DoD used AFFF containing PFOS or PFOA. The Department then determines whether there is exposure through drinking water and, if there is exposure, the Department's priority is to cut off the drinking water exposure. The Department will prioritize sites with a known or suspected release of PFOS or PFOA for investigation and cleanup, if necessary, using a risk-based approach. The Department's fundamental premise in site prioritization is "worst first," meaning the DoD Components will address sites that pose a relatively greater potential risk to human health or the environment before sites posing a lesser risk. The Department's priority is to quickly reduce significantly elevated levels of PFOS and PFOA in drinking water. DoD Components will take appropriate actions under CERCLA to address the health risk associated with DoD releases of PFOS and PFOA. This is discussed in more detail in the "Formerly Used and Current Military Installations Where AFFF Was or Is Currently Used and the Impact of PFOS and PFOA Contaminated Drinking Water on Surrounding Communities" section of this report.

**AFFF Replacement**

DoD Components are working to remove AFFF containing PFOS and PFOA from the supply chain. In January 2016, ASD(EI&E) issued a policy requiring the DoD Components to: 1) issue Military Service-specific risk management procedures to prevent uncontrolled land-based releases of AFFF during maintenance, testing, and training activities and 2) remove and properly dispose of AFFF containing PFOS from the local stored supplies for non-shipboard use to prevent future environmental response action costs, where practical. Under this policy, the Air Force funded the removal of AFFF from all fire trucks and crash response vehicles, and

18-C-0270

replaced it with environmentally preferable PFOS-free AFFF containing only trace quantities of PFOA. All Air Force bases except Thule Air Force Base, Greenland, have received replacement AFFF and 97 percent of the bases have completed the transition. In addition, the Navy is updating the Military Specification requirements for AFFF, and working with manufacturers to determine the exact chemical composition of AFFF alternatives.

The Department is also investing in research and development projects to develop a fluorine-free foam. For example, DoD has partnered with the National Toxicology Program of the National Institute of Environmental Health Sciences, which is evaluating the toxicity of AFFF compounds on the DoD qualified products list. The purpose of this evaluation is to assist DoD in making decisions about selecting and procuring the qualified fluorinated products with the highest performance and lowest toxicity.

## IV. Formerly Used and Current Military Installations Where AFFF Was or Is Currently Used and the Impact of PFOS and PFOA Contaminated Drinking Water on Surrounding Communities

The Department followed a comprehensive approach to identify installations where DoD used AFFF containing PFOS or PFOA. Releases of PFOS and PFOA on DoD installations are primarily associated with firefighting training areas, hangars, fire suppression systems, and aircraft crash sites. As of December 31, 2016, DoD has identified 393 active and Base Realignment and Closure installations with one or more areas where there is a known or suspected release of PFOS and/or PFOA; Appendix C lists these installations and the associated investigation and cleanup costs, where applicable. This list includes sites that DoD is currently addressing as part of its DERP, and new areas not currently included in the DERP (e.g., airplane crash sites, aircraft hangar suppression systems). These known or suspected PFOS and PFOA release areas are in various stages of assessment, investigation, and cleanup.

Now that DoD has an initial list of known and suspected release areas, DoD Components are following the CERCLA process to investigate these releases to confirm if a release occurred. The DoD Components will collect information on the nature and extent of the releases to determine if cleanup actions are necessary. The Department considers the EPA's health advisory information when addressing risk to human health under its cleanup program consistent with EPA risk assessment guidance.

The Department is following the EPA advisory recommendations for off-base migration into drinking water, and will notify the appropriate state agencies and affected communities. The Department investigates the source(s) of the PFOS and PFOA to reduce the risk associated with drinking water above the LHA in a timely manner and minimize the impact of PFOS and PFOA to surrounding communities. For example, after detecting PFOS above the EPA provisional health advisory level in drinking water samples at the former Pease Air Force Base in April 2014, the Air Force promptly notified the New Hampshire Department of Environmental Services of the elevated levels. In response, the City of Portsmouth immediately shut down the affected wells, and the Air Force began investigating the source of the PFOS and PFOA in the groundwater and in off-site private water supply wells.

18-C-0270

**V.  Plans for Prompt Community Notification of Drinking Water Contamination, When Contamination was Detected, and Procedures for Timely Remediation**

Throughout the cleanup process, DoD works in concert with regulatory agencies and communities, and shares information in an open and transparent manner.  When elevated levels of PFOS and PFOA are detected that may pose an unacceptable risk to human health, DoD uses a proactive outreach strategy to promptly notify potentially affected community members.  Outreach efforts may include:

- Communicating proactively to potentially affected communities;
- Partnering with local regulatory and governmental organizations to reach stakeholders;
- Hosting public meetings;
- Alerting and engaging with the media;
- Messaging through community social media; and
- Updating community leaders.

The DoD Components use a variety of methods to actively reach out to and notify the surrounding community about the potential impacts of PFOS and PFOA.  For example, the Air Force established a proactive outreach program to provide potentially affected communities with consistent and accurate information regarding its responses to PFOS and PFOA.  The Air Force's community outreach efforts include participating in public community meetings (both ad hoc and Restoration Advisory Boards (RABs)[2]), providing local and social media alerts and engagement, updating community leaders and influencers, and posting pertinent information on the Air Force Civil Engineer Center (see http://www.afcec.af.mil/WhatWeDo/Environment/Perfluorinated-Compounds) and installation-specific public web sites.  The Air Force also develops fact sheets to inform affected residents of the Air Force's efforts to prevent human exposure to PFOS and PFOA.  Throughout the outreach process, the Air Force collaborates with local regulatory and governmental organizations to reach stakeholders.

Additionally, the Navy is developing frequently asked questions documents to help the public understand Navy-wide and installation-specific cases related to PFOS and PFOA contamination that may impact their communities.  For example, the Navy prepared an off-base sampling fact sheet for Naval Air Station Fallon.  The fact sheet informs the public of the potential exposure to PFOS and PFOA detected in the onsite groundwater.  The fact sheet also explains the Navy's request to sample drinking water at a home in the surrounding community to determine if PFOS and PFOA are present in private drinking water wells in the area, and highlights the Navy's future actions based on the sampling results.  These future actions include notifying the resident of his or her personal drinking water results and providing an alternate water source, if necessary, until the Navy can implement a permanent solution.  For more information about the Navy's policies on and management strategy for addressing PFOS and PFOA, see http://www.secnav.navy.mil/eie/pages/pfc-pfas.aspx.

---

[2] The Department encourages community involvement in the cleanup process through RABs. Since 1994, DoD has established RABs at more than 300 military installations and properties in the United States and its territories to encourage communities and installation personnel to identify and discuss potential cleanup issues.

18-C-0270

## VI.  Conclusion

Addressing elevated levels of PFOS and PFOA from DoD activities is a priority for DoD. The DoD Components have taken action to ensure safe drinking water for people living and working on their military installations and in the surrounding communities.  Following the CERCLA process, DoD is addressing its cleanup responsibility and promptly notifying affected communities.  DoD is also taking steps to remove and replace AFFF containing PFOS in the supply chain, and is committed to finding a fluorine-free alternative that safeguards its troops and military assets, meets critical mission requirements, and protects human health and the environment.

18-C-0270

# Department of Defense Aqueous Film Forming Foam Report to Congress

# Appendix A

## Number of Installations and Drinking Water Systems Tested for PFOS and PFOA, and Associated Sampling Costs

This Appendix provides the number of installations and drinking water systems DoD Components tested as of March 2017, and the associated costs.

18-C-0270

**Appendix A: Summary by DoD Component**

**Number of Installations and Drinking Water Systems Tested for Perfluorooctane Sulfonate (PFOS)/Perfluorooctanoic Acid (PFOA), and Associated Sampling Costs**

| DoD Component | Number of Installations in US/Territories/ Overseas[1,2] | Associated Drinking Water Systems[2] | | Drinking Water Systems Tested by DoD or non-DoD Purveyor[2] | | Drinking Water Systems Tested by DoD and Cost where PFOS/PFOA < EPA LHA Level[3] | | Drinking Water Systems Tested by DoD and Cost where PFOS/PFOA > EPA LHA Level[6] | | Total Drinking Water Sampling Costs[4,5] (thousands of dollars) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | DoD Purveyor | Non-DoD Purveyor | DoD Purveyor | Non-DoD Purveyor | Number of Systems[2] | Cost[4,5] (thousands of dollars) | Number of Systems[2] | Cost[4,5] (thousands of dollars) | |
| Army[7] | 2,884 | 246 | 1,993 | 159 | 1,354 | 284 | $1,411.4 | 9 | $30.4 | **$1,441.8** |
| Navy | 108 | 100 | 236 | 100 | 236 | 151 | $260.0 | 5 | $388.6 | **$648.6** |
| USMC | 68 | 28 | 52 | 28 | 52 | 29 | $47.5 | 1 | $11.5 | **$59.0** |
| Air Force | 177 | 140 | 134 | 140 | 128 | 268 | $213.0 | 5 | $167.0 | **$380.0** |
| DLA | 8 | 1 | 7 | 1 | 7 | 5 | $21.4 | 0 | $0.0 | **$21.4** |
| **DoD Totals** | **3,245** | **515** | **2,422** | **428** | **1,777** | **737** | **$1,953.2** | **20** | **$597.5** | **$2,550.7** |

**Footnotes:**

1: Includes Guard and Reserve facilities.

2: The number of installations and the number of drinking water systems are current as of March 28, 2017.

3: The EPA Lifetime Health Advisory (LHA) level for PFOS and PFOA is 70 parts per trillion (individually or combined).

4: Cost data are current as of December 31, 2016.

5: This cost does not include in-house labor, public notifications, travel, or contractual actions.

6: The number of drinking water systems tested by DoD and the associated cost includes Fort Leavenworth, where the Army is not the drinking water purveyor.

7: The Army has contracted a portion of its drinking water system sampling and anticipates finalizing that sampling by the end of Fiscal Year 2017.

18-C-0270

# Department of Defense Aqueous Film Forming Foam Report to Congress

# Appendix B

## DoD Summary of Safe Drinking Water Actions where DoD is the Drinking Water Purveyor and the Systems Tested Above the EPA LHA Level

This Appendix provides a summary of actions taken by the DoD Components for drinking water systems where DoD is the drinking water purveyor and the systems tested above the EPA LHA level.

## Appendix B:  DoD Summary of Safe Drinking Water Actions
## where DoD is the Drinking Water Purveyor and the Systems Tested Above the EPA LHA Level

| DoD Component | Installation | State | Results (PFOS/PFOA) or Range | Actions Taken[2] | Total Cost through Dec 31, 2016[3,4] (thousands of dollars) |
|---|---|---|---|---|---|
|  | **DoD Installations where DoD is the Drinking Water Purveyor and Actions Taken to Address PFOS/PFOA Above the EPA LHA Level[1]** | | | | |
| Army | Fort Hunter Liggett | California | 330 | Costs reported are for multiple rounds of sampling throughout the water system.  One well at Fort Hunter Liggett exceeded the LHAs and has been taken offline.  A treatment system will be installed on that well if it is needed in the future, to ensure the water is below the LHAs. | $2.1 |
| Army | JB Lewis-McChord: Fort Lewis Cantonment | Washington | 72 | Costs reported are for multiple rounds of sampling throughout the water system.  One well at the Lewis Cantonment area exceeded the LHAs and has been shut down.  The remaining wells will be used to supply water until a treatment system can be installed to ensure the water from the system is below the LHAs. | $3.4 |
| Army | JB Lewis-McChord: McChord Field | Washington | 250 | Costs reported are for multiple rounds of sampling throughout the water system.  Two wells at the McChord Field area of JBLM exceeded the LHAs and have been shut down.  The remaining wells will be used to supply water under the LHAs, and treatment systems will be installed to mitigate the two wells so they can be turned back on while ensuring the water distributed is below the LHAs. | $3.4 |
| Army | Soto Cano AB, HN | Honduras | 59-83 | Costs reported are for multiple rounds of sampling throughout the water system.  Two wells were above the LHAs initial sampling.  No wells were above LHAs with confirmatory sampling.  Bottled water is being used on the installation until additional confirmatory sampling confirms water is below the LHAs. | $2.8 |
| Army | USAG Daegu, KR Camp Carroll | Korea | 327 | Costs reported are for multiple rounds of sampling throughout the water system.  Camp Carroll's onsite water was above the LHAs and they isolated and shut down those wells over the LHAs so all water being distributed now is below the LHAs. | $3.8 |
| Army | USAG Daegu, KR Camp Walker | Korea | 244 | Costs reported are for multiple rounds of sampling throughout the water system.  Camp Walker's onsite water was above the LHAs and they have connected to the city water, which is below the LHAs. | $3.8 |
| Army | USAG Red Cloud, KR: Camp Red Cloud | Korea | 381 | Costs reported are for multiple rounds of sampling throughout the water system.  Camp Red Cloud's onsite water was above the LHAs and they have connected to the city water, which is below the LHAs. | $3.8 |
| Army | USAG Red Cloud, KR: Camp Stanley | Korea | 169 | Costs reported are for multiple rounds of sampling throughout the water system.  Camp Stanley's onsite water was above the LHAs and they have connected to the city water, which is below the LHAs. | $3.8 |
| | | | | **Army Subtotal:** | **$26.7** |

Department of Defense Aqueous Film Forming Foam Report to Congress

18-C-0270

# Appendix B:  DoD Summary of Safe Drinking Water Actions
## where DoD is the Drinking Water Purveyor and the Systems Tested Above the EPA LHA Level

| | | | | DoD Installations where DoD is the Drinking Water Purveyor and Actions Taken to Address PFOS/PFOA Above the EPA LHA Level[1] | |
|---|---|---|---|---|---|
| **DoD Component** | **Installation** | **State** | **Results (PFOS/ PFOA) or Range** | **Actions Taken[2]** | **Total Cost through Dec 31, 2016[3,4] (thousands of dollars)** |
| Navy | NAS Oceana - NALF Fentress | Virginia | 2,800-4,900 | Drinking water sampling and analysis.  Navy provided alternative drinking water, upgraded wastewater treatment plant, design/construction for water treatment plant | $364.0 |
| Navy | NSA Monterey - Naval Radio Transmitter Facility Dixon | California | 260 | Drinking water sampling and analysis.  Navy is providing alternative drinking water and retesting drinking water wells. | $0.8 |
| Navy | NSF Diego Garcia: Cantonment/Air Operations | Diego Garcia | 5,849 | Alternate drinking water supply was already being provided due to other contaminants.  New drinking water treatment plant MILCON project was completed in December 2016, which will address PFOS/PFOA. | $0.0 |
| Navy | NSF Diego Garcia:  I Site | Diego Garcia | 102 | Actions taken at the I Site are included in the actions taken at the Cantonment/Air Operations Site. | $0.0 |
| Navy | NSF Diego Garcia: Sub Site | Diego Garcia | 74-78 | Shut down drinking water wells that exceeded EPA LHAs wells.  Bottled water was being provided until granular activated carbon filters were replaced and reconfigured.  Conducting quarterly retesting of drinking water wells. | $23.8 |
| | | | | **Navy Subtotal:** | **$388.6** |
| USMC | MCB Camp Pendleton (South) | California | 77 | -One sample exceeded the PFOS/PFOA combined Health Advisories Level.<br>-The affected reservoir was drained and replaced with water from another source.<br>-Resampling confirmed levels below the Health Advisories Level in the current water supply and levels slightly above the Health Advisories Level in the well taken out of service.<br>Installation will continue to monitor the system. | $11.5 |
| | | | | **USMC Subtotal:** | **$11.5** |

18-C-0270

## Appendix B:  DoD Summary of Safe Drinking Water Actions
## where DoD is the Drinking Water Purveyor and the Systems Tested Above the EPA LHA Level

| | | | | **DoD Installations where DoD is the Drinking Water Purveyor and Actions Taken to Address PFOS/PFOA Above the EPA LHA Level[1]** | |
|---|---|---|---|---|---|
| **DoD Component** | **Installation** | **State** | **Results (PFOS/ PFOA) or Range** | **Actions Taken[2]** | **Total Cost through Dec 31, 2016[3,4] (thousands of dollars)** |
| Air Force | Eielson AFB | Alaska | 9-91 | Drinking water sampling and analysis.  Three out of six drinking water wells were taken off-line.  Eielson upgraded the base water treatment plant by installing activated carbon filter.  Eielson conducting monthly sampling. | $35.0 |
| Air Force | Horsham Air Guard Station | Pennsylvania | PFOS: 60 PFOA: 290 | Drinking water sampling and analysis for several years.  Two drinking water wells are off-line.  Currently sampling monthly at four locations. | $3.0 |
| Air Force | Mountain Home Air Force Base | Idaho | 77-105 | Drinking water sampling and analysis.  AF purchasing pallets of bottled water for consumption until mitigation actions can be completed.  Additional sampling conducted to determine safe location for replacement drinking water well and to determine filtration system requirements for drinking water well #4. | $30.0 |
| Air Force | New Boston | New Hampshire | 13-78 | Drinking water sampling and analysis.  Well above the EPA LHAs has been shut down.  The AF is conducting quarterly sampling for the operational drinking water wells. | $2.0 |
| Air Force | Wright Patterson Air Force Base (AFB) | Ohio | 90-235 | Drinking water sampling and analysis.  Bottled water was provided for Area A, where two drinking water wells and the treatment system were shut down.  In the process of installing granular activated carbon filter system.  Base officials are continuing to sample drinking water to ensure levels remain below the EPA LHAs. | $97.0 |
| | | | | **Air Force Subtotal:** | **$167.0** |
| | | | | **Grand Total:** | **$593.8** |

**Footnotes:**

1:  The EPA Lifetime Health Advisory (LHA) level for PFOS and PFOA is 70 parts per trillion (individually or combined).

2:  Examples of actions taken include but are not limited to: sampling and analysis, retesting, shutting down a well(s), providing alternative drinking water, adding an activated carbon filter to the well, blending water systems, etc.

3:  Costs include but are not limited to sample collection, analysis and reporting plus any costs associated with the actions taken.

4:  This cost does not include in-house labor, public notifications, travel, or contractual actions.

18-C-0270

# Department of Defense Aqueous Film Forming Foam Report to Congress

# Appendix C

### DoD Installations with a Known or Suspected Release of PFOS or PFOA

This Appendix provides the DoD installations with one or more known or suspected releases of PFOS or PFOA.

18-C-0270

**Appendix C:  DoD Installations with a Known or Suspected Release of PFOS/PFOA**

| DoD Component | Installation Name | State/Territory | Investigation Costs[1] (thousands of dollars) | Cleanup Costs[2] (thousands of dollars) | Total Cost through Dec 31, 2016 (thousands of dollars) |
|---|---|---|---|---|---|
| Army - Active | Aberdeen Proving Ground | Maryland | $130.2 | $0.0 | $130.2 |
| Army - Active | Army Aviation Support Facility 1 Ronkonkoma New York | New York | $0.0 | $0.0 | $0.0 |
| Army - Active | Army Aviation Support Facility 2 Rochester New York | New York | $0.0 | $0.0 | $0.0 |
| Army - Active | Army Aviation Support Facility 3 New York | New York | $0.0 | $0.0 | $0.0 |
| Army - Active | Army Aviation Support Facility 3333 Skyway Dr Montana | Montana | $0.0 | $0.0 | $0.0 |
| Army - Active | Army Aviation Support Facility Greenville | South Carolina | $0.0 | $0.0 | $0.0 |
| Army - Active | Army National Guard Armory | Montana | $0.0 | $0.0 | $0.0 |
| Army - Active | Army National Guard Facility Casper, Wyoming | Wyoming | $0.0 | $0.0 | $0.0 |
| Army - Active | Austin Bergstrom Hangar | Texas | $0.0 | $0.0 | $0.0 |
| Army - Active | Aviation Support Facility Johnstown | Pennsylvania | $0.0 | $0.0 | $0.0 |
| Army - Active | Aviation Support Facility New Century | Kansas | $0.0 | $0.0 | $0.0 |
| Army - Active | Bangor Armed Forces Reserve Center | Maine | $0.0 | $0.0 | $0.0 |
| Army - Active | Brunswick Armed Forces Reserve Center | Maine | $0.0 | $0.0 | $0.0 |
| Army - Active | Camp Minden Training Site former Louisiana Army Ammunition Plant | Louisiana | $0.0 | $0.0 | $0.0 |
| Army - Active | Camp Navajo | Arizona | $0.0 | $0.0 | $0.0 |
| Army - Active | Camp Pendleton State Military Reservation | Virginia | $0.0 | $0.0 | $0.0 |
| Army - Active | Camp Roberts Building 7020 (Former Fire Training Area, CPRO-39) | California | $0.0 | $0.0 | $0.0 |
| Army - BRAC | Devens[3] | Massachusetts | $126.8 | $0.0 | $126.8 |
| Army - Active | Ethan Allen Firing Range | Vermont | $0.0 | $0.0 | $0.0 |
| Army - Active | Former Crash Fire Station, Building 241 | New Hampshire | $0.0 | $0.0 | $0.0 |
| Army - Active | Fort Bragg | North Carolina | $0.0 | $0.0 | $0.0 |
| Army - Active | Fort Campbell | Kentucky | $0.0 | $0.0 | $0.0 |
| Army - Active | Fort Carson | Colorado | $23.5 | $0.0 | $23.5 |
| Army - Active | Fort Drum | New York | $623.0 | $0.0 | $623.0 |
| Army - Active and BRAC | Fort Greely | Alaska | $0.0 | $0.0 | $0.0 |
| Army - Active | Fort Hunter Liggett | California | $0.0 | $0.0 | $0.0 |
| Army - Active | Fort Irwin | California | $0.0 | $0.0 | $0.0 |
| Army - Active | Fort Jackson | South Carolina | $0.0 | $0.0 | $0.0 |
| Army - Active | Fort Knox | Kentucky | $0.0 | $0.0 | $0.0 |
| Army - Active | Fort Leavenworth | Kansas | $0.0 | $0.0 | $0.0 |
| Army - Active | Fort Lee | Virginia | $5.0 | $0.0 | $5.0 |
| Army - Active | Fort McCoy | Wisconsin | $12.0 | $0.0 | $12.0 |
| Army - BRAC | Fort Meade BRAC | Maryland | $9.5 | $0.0 | $9.5 |
| Army - BRAC | Fort Ord | California | $73.5 | $0.0 | $73.5 |

As of December 31, 2016

18-C-0270

**Appendix C:  DoD Installations with a Known or Suspected Release of PFOS/PFOA**

| DoD Component | Installation Name | State/Territory | Investigation Costs[1] (thousands of dollars) | Cleanup Costs[2] (thousands of dollars) | Total Cost through Dec 31, 2016 (thousands of dollars) |
|---|---|---|---|---|---|
| Army - BRAC | Fort Pickett | Virginia | $0.0 | $0.0 | $0.0 |
| Army - Active | Fort Rucker | Alabama | $0.0 | $0.0 | $0.0 |
| Army - Active | Fort Sill | Oklahoma | $0.0 | $0.0 | $0.0 |
| Army - Active | Fort Stewart, Georgia | Georgia | $0.0 | $0.0 | $0.0 |
| Army - Active | Fort Wainwright | Alaska | $0.0 | $0.0 | $0.0 |
| Army - Active | Garrison Bldg 15 Guernsey, Wyoming | Wyoming | $0.0 | $0.0 | $0.0 |
| Army - Active | Grand Prairie Hangar | Texas | $0.0 | $0.0 | $0.0 |
| Army - Active | Hunter Army Airfield | Georgia | $0.0 | $0.0 | $0.0 |
| Army - Active | Jackson Airport Armory | Mississippi | $0.0 | $0.0 | $0.0 |
| Army - Active | Joint Base Berry Field | Tennessee | $0.0 | $0.0 | $0.0 |
| Army - Active | Joint Base Lewis-McChord | Washington | $20.0 | $0.0 | $20.0 |
| Army - Active | Letterkenny Army Depot | Pennsylvania | $234.6 | $0.0 | $234.6 |
| Army - Active | Los Alamitos Joint Forces Training Base | California | $0.0 | $0.0 | $0.0 |
| Army - Active | Martindale Hangar | Texas | $0.0 | $0.0 | $0.0 |
| Army - Active | McEntire Air National Guard Station/Army Aviation Support Facility | South Carolina | $0.0 | $0.0 | $0.0 |
| Army - Active | Muscatatuck Urban Training Complex Butlerville, Indiana | Indiana | $0.0 | $0.0 | $0.0 |
| Army - Active | National Guard Tempe Readiness Center Arizona | Arizona | $0.0 | $0.0 | $0.0 |
| Army - Active | North Penn U.S. Army Reserve Center | Pennsylvania | $12.9 | $0.0 | $12.9 |
| Army - Active | Range 36 Air-to-Ground, Indiana | Indiana | $0.0 | $0.0 | $0.0 |
| Army - Active | Sacramento Army Aviation Support Facility | California | $0.0 | $0.0 | $0.0 |
| Army - BRAC | Seneca Army Ammunition Plant[3] | New York | $238.0 | $0.0 | $238.0 |
| Army - Active | Shelbyville Army Aviation Support Facility | Indiana | $0.0 | $0.0 | $0.0 |
| Army - Active | Silver Bell Army Heliport Arizona | Arizona | $0.0 | $0.0 | $0.0 |
| Army - Active | Smyrna Volunteer Training Site | Tennessee | $0.0 | $0.0 | $0.0 |
| Army - Active | State Military Reservation | New York | $0.0 | $0.0 | $0.0 |
| Army - BRAC | Sudbury[3] | Massachusetts | $64.1 | $0.0 | $64.1 |
| Army - BRAC | Umatilla Chemical Depot/Well #4/Sample # 16-6746-AZW6A | Oregon | $0.0 | $0.0 | $0.0 |
| Army - Active | USAG Kwajalein Atoll | Marshall Islands | $0.0 | $0.0 | $0.0 |
| Army - Active | Yakima Training Center | Washington | $0.0 | $0.0 | $0.0 |
| Army - Active | Yuma Proving Ground/Kofa Firing Range | Arizona | $0.0 | $0.0 | $0.0 |
| | | **Army Subtotals:** | **$1,573.1** | **$0.0** | **$1,573.1** |

18-C-0270

**Appendix C:  DoD Installations with a Known or Suspected Release of PFOS/PFOA**

| DoD Component | Installation Name | State/Territory | Investigation Costs[1] (thousands of dollars) | Cleanup Costs[2] (thousands of dollars) | Total Cost through Dec 31, 2016 (thousands of dollars) |
|---|---|---|---|---|---|
| Navy - BRAC | Adak Alaska Naval Air Facility | Alaska | $0.0 | $0.0 | $0.0 |
| Navy - BRAC | Agana | Guam | $58.0 | $0.0 | $58.0 |
| Navy - BRAC | Alameda | California | $120.0 | $0.0 | $120.0 |
| Navy - Active | Amchitka Alaska | Alaska | $0.0 | $0.0 | $0.0 |
| Navy - Active | Anacostia Naval Station | District of Columbia | $0.0 | $0.0 | $0.0 |
| Navy - BRAC | Annapolis | Maryland | $351.0 | $0.0 | $351.0 |
| Navy - Active | Bainbridge Maryland Naval Training Center | Maryland | $0.0 | $0.0 | $0.0 |
| Navy - Active and BRAC | Barbers Point Naval Air Station | Hawaii | $0.0 | $0.0 | $0.0 |
| Navy - Active | Barking Sands Hawaii F Pacific Missile Range Facility | Hawaii | $0.0 | $0.0 | $0.0 |
| Navy - Active | Barrow | Alaska | $151.0 | $0.0 | $151.0 |
| Navy - Active | Bedford Massachusetts Naval Weapons Industrial Reserve Plant | Massachusetts | $0.0 | $0.0 | $0.0 |
| Navy - Active | Bethpage New York Naval Weapons Industrial Reserve Plant | New York | $0.0 | $0.0 | $0.0 |
| Navy - Active | Bloomfield Connecticut Naval Weapons Industrial Reserve Plant | Connecticut | $0.0 | $0.0 | $0.0 |
| Navy - Active | Bristol Tennessee Naval Weapons Industrial Reserve Plant | Tennessee | $0.0 | $0.0 | $0.0 |
| Navy - BRAC | Brunswick | Maine | $973.0 | $0.0 | $973.0 |
| Navy - Active | Calverton | New York | $374.0 | $0.0 | $374.0 |
| Navy - BRAC | Cecil Field Naval Air Station | Florida | $0.0 | $0.0 | $0.0 |
| Navy - BRAC | Charleston Naval Shipyard | South Carolina | $0.0 | $0.0 | $0.0 |
| Navy - BRAC | Charleston Naval Station | South Carolina | $0.0 | $0.0 | $0.0 |
| Navy - BRAC | Chase Field Naval Air Station | Texas | $0.0 | $0.0 | $0.0 |
| Navy - Active | Chesapeake Beach | Maryland | $151.0 | $0.0 | $151.0 |
| Navy - Active | Chesapeake Virginia St. Julian's Creek | Virginia | $0.0 | $0.0 | $0.0 |
| Navy - Active | China Lake | California | $75.0 | $0.0 | $75.0 |
| Navy - BRAC | Concord Naval Weapons Station | California | $0.0 | $0.0 | $0.0 |
| Navy - Active | Corpus Christi Texas Naval Air Station | Texas | $0.0 | $0.0 | $0.0 |
| Navy - Active | Crane | Indiana | $3.0 | $0.0 | $3.0 |
| Navy - Active | Craney Island Virginia Navy Fuel Depot/Naval Supply Center | Virginia | $0.0 | $0.0 | $0.0 |
| Navy - BRAC | Crows Naval Auxiliary Landing Field | California | $0.0 | $0.0 | $0.0 |
| Navy - Active | Cutler | Maine | $14.3 | $0.0 | $14.3 |
| Navy - Active | Dahlgren Virginia Naval Surface Warfare Center | Virginia | $0.0 | $0.0 | $0.0 |
| Navy - BRAC | Dallas | Texas | $41.0 | $0.0 | $41.0 |
| Navy - Active | Dallas Texas Naval Weapons Industrial Reserve Plant | Texas | $0.0 | $0.0 | $0.0 |
| Navy - Active | Dam Neck Virginia | Virginia | $0.0 | $0.0 | $0.0 |

As of December 31, 2016

18-C-0270

**Appendix C:  DoD Installations with a Known or Suspected Release of PFOS/PFOA**

| DoD Component | Installation Name | State/Territory | Investigation Costs[1] (thousands of dollars) | Cleanup Costs[2] (thousands of dollars) | Total Cost through Dec 31, 2016 (thousands of dollars) |
|---|---|---|---|---|---|
| Navy - BRAC | Davisville | Rhode Island | $21.0 | $0.0 | $21.0 |
| Navy - BRAC | Driver Navy Radio Transmitter Facility | Virginia | $0.0 | $0.0 | $0.0 |
| Navy - Active | Earle | New Jersey | $786.0 | $59.0 | $845.0 |
| Navy - Active | El Centro California Naval Air Facility | California | $0.0 | $0.0 | $0.0 |
| Navy - Active | Fallon | Nevada | $211.8 | $0.0 | $211.8 |
| Navy - Active | Fleet and Industrial Supply Center Jacksonville | Florida | $0.0 | $0.0 | $0.0 |
| Navy - Active | Fort Worth Texas Naval Air Station Joint Reserve Base | Texas | $0.0 | $0.0 | $0.0 |
| Navy - BRAC | Glenview Naval Air Station | Illinois | $0.0 | $0.0 | $0.0 |
| Navy - Active | Great Lakes | Illinois | $5.0 | $0.0 | $5.0 |
| Navy - Active | Gulfport | Mississippi | $150.7 | $0.0 | $150.7 |
| Navy - BRAC | Hunters Point Annex | California | $0.0 | $0.0 | $0.0 |
| Navy - Active | Imperial Beach California | California | $0.0 | $0.0 | $0.0 |
| Navy - Active | Indian Head Maryland Naval Surface Warfare Center | Maryland | $0.0 | $0.0 | $0.0 |
| Navy - Active | Jacksonville | Florida | $25.0 | $0.0 | $25.0 |
| Navy - Active | Joint Base Pearl Harbor-Hickam | Hawaii | $0.0 | $0.0 | $0.0 |
| Navy - Active | Key West Florida Naval Air Station | Florida | $0.0 | $0.0 | $0.0 |
| Navy - Active | Keyport Washington Naval Undersea Warfare Center | Washington | $0.0 | $0.0 | $0.0 |
| Navy - Active | Kings Bay | Georgia | $3.0 | $0.0 | $3.0 |
| Navy - Active | Kingsville Texas Naval Air Station | Texas | $0.0 | $0.0 | $0.0 |
| Navy - Active | Lemoore California Naval Air Station | California | $0.0 | $0.0 | $0.0 |
| Navy - Active | Little Creek Virginia Naval Amphibious Base | Virginia | $0.0 | $0.0 | $0.0 |
| Navy - BRAC | Long Beach Naval Shipyard | California | $0.0 | $0.0 | $0.0 |
| Navy - BRAC | Long Beach Naval Station | California | $0.0 | $0.0 | $0.0 |
| Navy - BRAC | Louisville Crane Division Naval Ordnance Station/Naval Surface Warfare Center | Kentucky | $0.0 | $0.0 | $0.0 |
| Navy - BRAC | Mare Island Naval Shipyard | California | $0.0 | $0.0 | $0.0 |
| Navy - Active | Mayport | Florida | $12.0 | $0.0 | $12.0 |
| Navy - Active | McClennan Texas Naval Industrial Reserve Ordnance Plant | Texas | $0.0 | $0.0 | $0.0 |
| Navy - Active | Meridian | Mississippi | $925.0 | $0.0 | $925.0 |
| Navy - BRAC | Midway Island Naval Air Facility | Midway Islands | $0.0 | $0.0 | $0.0 |
| Navy - Active and BRAC | Millington | Tennessee | $15.0 | $0.0 | $15.0 |
| Navy - Active | Minneapolis Minnesota Naval Industrial Reserve Ordnance Plant | Minnesota | $0.0 | $0.0 | $0.0 |
| Navy - Active | Naval Air Station Whidbey Island | Washington | $1,284.0 | $90.0 | $1,374.0 |
| Navy - Active | Naval Auxiliary Landing Field Fentress (Oceana) | Virginia | $2,706.0 | $96.5 | $2,802.5 |

18-C-0270

**Appendix C:  DoD Installations with a Known or Suspected Release of PFOS/PFOA**

| DoD Component | Installation Name | State/Territory | Investigation Costs[1] (thousands of dollars) | Cleanup Costs[2] (thousands of dollars) | Total Cost through Dec 31, 2016 (thousands of dollars) |
|---|---|---|---|---|---|
| Navy - Active | Naval Base Coronado | California | $0.0 | $0.0 | $0.0 |
| Navy - Active | Naval Base San Diego | California | $0.0 | $0.0 | $0.0 |
| Navy - Active | Naval Command Telecommunications Station Stockton | California | $0.0 | $0.0 | $0.0 |
| Navy - Active | Naval District Command | District of Columbia | $15.0 | $0.0 | $15.0 |
| Navy - Active | Naval Support Activity Andersen Guam | Guam | $0.0 | $0.0 | $0.0 |
| Navy - Active | Naval Surface Warfare Center Carderock | Maryland | $0.0 | $0.0 | $0.0 |
| Navy - Active | Naval Surface Warfare Center Division Panama City | Florida | $0.0 | $0.0 | $0.0 |
| Navy - Active | Navy Munitions Command East Asia Division Pearl Harbor | Hawaii | $0.0 | $0.0 | $0.0 |
| Navy - Active | Navy Munitions Command Yorktown | Virginia | $0.0 | $0.0 | $0.0 |
| Navy - Active | New London | Connecticut | $20.0 | $0.0 | $20.0 |
| Navy - Active | New Orleans Louisiana Naval Air Station Joint Reserve Base | Louisiana | $0.0 | $0.0 | $0.0 |
| Navy - Active | Newport | Rhode Island | $228.4 | $0.0 | $228.4 |
| Navy - Active | Norfolk Virginia Naval Base | Virginia | $0.0 | $0.0 | $0.0 |
| Navy - BRAC | Orlando Naval Training Center | Florida | $0.0 | $0.0 | $0.0 |
| Navy - Active | Patuxent River | Maryland | $234.0 | $0.0 | $234.0 |
| Navy - Active | Pearl Harbor - Fleet and Industrial Supply Center | Hawaii | $456.5 | $0.0 | $456.5 |
| Navy - Active | Pearl Harbor - Naval Facilities Engineering Command | Hawaii | $181.0 | $0.0 | $181.0 |
| Navy - Active | Pearl Harbor Hawaii Naval Shipyard | Hawaii | $0.0 | $0.0 | $0.0 |
| Navy - Active | Pensacola | Florida | $439.0 | $0.0 | $439.0 |
| Navy - BRAC | Philadelphia Naval Station | Pennsylvania | $0.0 | $0.0 | $0.0 |
| Navy - Active | Port Hueneme | California | $9.0 | $0.0 | $9.0 |
| Navy - Active | Portsmouth Naval Shipyard | Maine | $0.0 | $0.0 | $0.0 |
| Navy - Active | Portsmouth Virginia Norfolk Naval Shipyard | Virginia | $0.0 | $0.0 | $0.0 |
| Navy - Active | Pt Mugu | California | $353.2 | $0.0 | $353.2 |
| Navy - BRAC | Puerto Rico Naval Activity | Puerto Rico | $0.0 | $0.0 | $0.0 |
| Navy - Active | Puget Sound Fleet and Industrial Supply Center Manchester | Washington | $0.0 | $0.0 | $0.0 |
| Navy - BRAC | Puget Sound Naval Station Sand Point | Washington | $0.0 | $0.0 | $0.0 |
| Navy - Active | Puget Sound Washington Naval Shipyard | Washington | $0.0 | $0.0 | $0.0 |
| Navy - Active | Rocket Center West Virginia Allegheny Ballistics Laboratory | West Virginia | $0.0 | $0.0 | $0.0 |
| Navy - Active | San Diego California Auxiliary Landing Field | California | $0.0 | $0.0 | $0.0 |
| Navy - Active | San Diego California Fleet Anti-Submarine Warfare Training Center Pacific | California | $0.0 | $0.0 | $0.0 |
| Navy - Active | San Diego California NISE-WEST | California | $0.0 | $0.0 | $0.0 |
| Navy - Active | San Nicolas Island California Outlying Landing Field | California | $0.0 | $0.0 | $0.0 |
| Navy - Active | Saufley Field | Florida | $3.0 | $0.0 | $3.0 |

18-C-0270

**Appendix C:  DoD Installations with a ~~Known~~ or Suspected Release of PFOS/PFOA**

| DoD Component | Installation Name | State/Territory | Investigation Costs[1] (thousands of dollars) | Cleanup Costs[2] (thousands of dollars) | Total Cost through Dec 31, 2016 (thousands of dollars) |
|---|---|---|---|---|---|
| Navy - Active | Seal Beach California Naval Weapons Station | California | $0.0 | $0.0 | $0.0 |
| Navy - Active | Solomons Maryland Naval Recreation Center | Maryland | $0.0 | $0.0 | $0.0 |
| Navy - BRAC | South Weymouth | Massachusetts | $1,000.0 | $0.0 | $1,000.0 |
| Navy - Active | Space and Naval Warfare Systems Center Pacific San Diego | California | $0.0 | $0.0 | $0.0 |
| Navy - BRAC | Treasure Island | California | $6.0 | $0.0 | $6.0 |
| Navy - BRAC | Trenton | New Jersey | $338.0 | $0.0 | $338.0 |
| Navy - Active | Walter Reed National Military Medical Center | Maryland | $0.0 | $0.0 | $0.0 |
| Navy - BRAC | Warminster | Pennsylvania | $3,218.0 | $12,966.0 | $16,184.0 |
| Navy - Active | Washington DC Naval Research Laboratory | District of Columbia | $0.0 | $0.0 | $0.0 |
| Navy - Active | Washington DC Naval Security Station | District of Columbia | $0.0 | $0.0 | $0.0 |
| Navy - BRAC | White Oak - Naval Surface Warfare Center Dahlgren Division Detachment (Silver Spring) | Maryland | $0.0 | $0.0 | $0.0 |
| Navy - Active | Whiting Field | Florida | $111.0 | $0.0 | $111.0 |
| Navy - BRAC | Willow Grove | Pennsylvania | $4,065.0 | $10,862.0 | $14,927.0 |
| Navy - BRAC | New Potential Area of Concern Preliminary Assessments[4] | Various | $115.0 | $0.0 | $115.0 |
| | | **Navy Subtotals:** | **$19,247.9** | **$24,073.5** | **$43,321.4** |
| USMC - Active[5] | Barstow | California | $504.0 | $0.0 | $504.0 |
| USMC - Active[5] | Beaufort South Carolina Marine Corps Air Station | South Carolina | $0.0 | $0.0 | $0.0 |
| USMC - Active[5] | Camp Lejeune | North Carolina | $225.0 | $0.0 | $225.0 |
| USMC - Active[5] | Camp Pendleton California Marine Corps Base | California | $0.0 | $0.0 | $0.0 |
| USMC - Active[5] | Cherry Point | North Carolina | $20.5 | $0.0 | $20.5 |
| USMC - BRAC[5] | El Toro Marine Corps Air Station | California | $0.0 | $0.0 | $0.0 |
| USMC - Active[5] | Kaneohe Bay Hawaii Marine Corps Base | Hawaii | $0.0 | $0.0 | $0.0 |
| USMC - Active[5] | Miramar California Marine Corps Air Station | California | $0.0 | $0.0 | $0.0 |
| USMC - Active[5] | Parris Island South Carolina Marine Corps Recruit Depot | South Carolina | $0.0 | $0.0 | $0.0 |
| USMC - Active[5] | Quantico | Virginia | $44.5 | $0.0 | $44.5 |
| USMC - Active[5] | San Juan Puerto Rico Marine Corps Recruiting Command | Puerto Rico | $0.0 | $0.0 | $0.0 |
| USMC - BRAC[5] | Tustin | California | $143.0 | $0.0 | $143.0 |
| USMC - Active[5] | Twentynine Palms | California | $10.0 | $0.0 | $10.0 |
| USMC - Active[5] | Yuma | Arizona | $318.0 | $0.0 | $318.0 |
| | | **USMC Subtotals:** | **$1,265.0** | **$0.0** | **$1,265.0** |

18-C-0270

**Appendix C:  DoD Installations with a Known or Suspected Release of PFOS/PFOA**

| DoD Component | Installation Name | State/Territory | Investigation Costs[1] (thousands of dollars) | Cleanup Costs[2] (thousands of dollars) | Total Cost through Dec 31, 2016 (thousands of dollars) |
|---|---|---|---|---|---|
| Air Force-Active | Air Force Plant 3 | Oklahoma | $790.7 | $0.0 | $790.7 |
| Air Force-Active | Air Force Plant 36 | Ohio | $81.4 | $0.0 | $81.4 |
| Air Force-Active | Air Force Plant 4 | Texas | $790.7 | $0.0 | $790.7 |
| Air Force-Active | Air Force Plant 42 | California | $790.7 | $0.0 | $790.7 |
| Air Force-Active | Air Force Plant 44 | Arizona | $81.4 | $0.0 | $81.4 |
| Air Force-Active | Air Force Plant 6 | Georgia | $399.8 | $0.0 | $399.8 |
| Air Force-Active | Air Force Plant 85 | Ohio | $439.3 | $0.0 | $439.3 |
| Air Force-Active | Air Force Plant PJKS | Colorado | $439.3 | $0.0 | $439.3 |
| Air Force-BRAC | Air Force Research Laboratory Mesa | Arizona | $74.0 | $0.0 | $74.0 |
| Air Force-Active | Air Force Research Laboratory Rome | New York | $392.9 | $0.0 | $392.9 |
| Air Force-ANG | Alpena | Michigan | $131.9 | $0.0 | $131.9 |
| Air Force-Active | Altus AFB | Oklahoma | $816.1 | $0.0 | $816.1 |
| Air Force-Active | Arnold AFB | Tennessee | $790.7 | $0.0 | $790.7 |
| Air Force-ANG | Atlantic City | New Jersey | $115.7 | $0.0 | $115.7 |
| Air Force-Active | Avon Park Air Force Reserve | Florida | $392.9 | $0.0 | $392.9 |
| Air Force-ANG | Bangor International Airport | Maine | $115.7 | $0.0 | $115.7 |
| Air Force-Active | Barksdale AFB | Louisiana | $790.7 | $0.0 | $790.7 |
| Air Force-ANG | Barnes Municipal | Massachusetts | $91.7 | $0.0 | $91.7 |
| Air Force-Active | Beale AFB | California | $814.4 | $0.0 | $814.4 |
| Air Force-Active | Bellows Air Force Station | Hawaii | $81.4 | $0.0 | $81.4 |
| Air Force-BRAC | Bergstrom AFB | Texas | $1,255.0 | $0.0 | $1,255.0 |
| Air Force-ANG | Birmingham International Airport | Alabama | $67.7 | $0.0 | $67.7 |
| Air Force-ANG | Boise | Idaho | $155.9 | $0.0 | $155.9 |
| Air Force-ANG | Bradley International Airport | Connecticut | $67.7 | $0.0 | $67.7 |
| Air Force-BRAC | Brooks-City Base | Texas | $73.0 | $0.0 | $73.0 |
| Air Force-Active | Buckley AFB | Colorado | $439.3 | $0.0 | $439.3 |
| Air Force-BRAC | Buckley Annex | Colorado | $60.0 | $0.0 | $60.0 |
| Air Force-ANG | Burlington | Vermont | $107.9 | $0.0 | $107.9 |
| Air Force-Active | Calumet Air Force Station | Michigan | $58.2 | $0.0 | $58.2 |
| Air Force-Active | Cannon AFB | New Mexico | $790.7 | $0.0 | $790.7 |
| Air Force-Active | Cape Canaveral Air Force Station | Florida | $1,743.8 | $0.0 | $1,743.8 |
| Air Force-BRAC | Carswell AFB | Texas | $73.0 | $0.0 | $73.0 |
| Air Force-BRAC | Castle AFB | California | $2,260.0 | $0.0 | $2,260.0 |
| Air Force-Active | Cavalier Air Force Station | North Dakota | $8.9 | $0.0 | $8.9 |
| Air Force-ANG | Channel Islands | California | $67.7 | $0.0 | $67.7 |

18-C-0270

**Appendix C:  DoD Installations with a Known or Suspected Release of PFOS/PFOA**

| DoD Component | Installation Name | State/Territory | Investigation Costs[1] (thousands of dollars) | Cleanup Costs[2] (thousands of dollars) | Total Cost through Dec 31, 2016 (thousands of dollars) |
|---|---|---|---|---|---|
| Air Force-BRAC | Chanute AFB | Illinois | $2,805.0 | $360.0 | $3,165.0 |
| Air Force-ANG | Charlotte Douglas | North Carolina | $139.7 | $0.0 | $139.7 |
| Air Force-Active | Cheyenne Mountain Air Force Station | Colorado | $72.5 | $0.0 | $72.5 |
| Air Force-ANG | Cheyenne Municipal | Wyoming | $127.7 | $0.0 | $127.7 |
| Air Force-Active | Clear Air Force Station | Alaska | $772.5 | $0.0 | $772.5 |
| Air Force-Active | Columbus AFB | Mississippi | $790.7 | $0.0 | $790.7 |
| Air Force-Active | Creech AFB | Nevada | $674.7 | $0.0 | $674.7 |
| Air Force-Active | Davis-Monthan AFB | Arizona | $790.7 | $0.0 | $790.7 |
| Air Force-ANG | Des Moines | Iowa | $175.7 | $0.0 | $175.7 |
| Air Force-Active | Dobbins Air Reserve Base | Georgia | $392.9 | $0.0 | $392.9 |
| Air Force-Active | Dover AFB | Delaware | $541.2 | $27.5 | $568.7 |
| Air Force-ANG | Duluth International Airport | Minnesota | $131.9 | $0.0 | $131.9 |
| Air Force-Active | Dyess AFB | Texas | $790.7 | $0.0 | $790.7 |
| Air Force-BRAC | Eaker AFB | Arkansas | $1,073.0 | $0.0 | $1,073.0 |
| Air Force-Active | Eareckson AFB | Alaska | $8.9 | $0.0 | $8.9 |
| Air Force-Active | Edwards AFB | California | $667.7 | $0.0 | $667.7 |
| Air Force-Active | Eglin AFB | Florida | $937.4 | $0.0 | $937.4 |
| Air Force-Active | Eielson AFB | Alaska | $920.8 | $8,734.0 | $9,654.8 |
| Air Force-ANG | Ellington Field | Texas | $115.7 | $0.0 | $115.7 |
| Air Force-Active | Ellsworth AFB | South Dakota | $587.6 | $1,706.9 | $2,294.5 |
| Air Force-BRAC | England AFB | Louisiana | $1,435.0 | $0.0 | $1,435.0 |
| Air Force-ANG | EWVRA Shepherd Field (Martinsburg) | West Virginia | $127.7 | $0.0 | $127.7 |
| Air Force-Active | Fairchild AFB | Washington | $790.7 | $0.0 | $790.7 |
| Air Force-Active | FE Warren AFB | Wyoming | $586.0 | $0.0 | $586.0 |
| Air Force-ANG | Forbes Field | Kansas | $115.7 | $0.0 | $115.7 |
| Air Force-ANG | Fort Wayne Municipal | Indiana | $115.7 | $0.0 | $115.7 |
| Air Force-BRAC | Four Lakes Air National Guard Station | Washington | $60.0 | $0.0 | $60.0 |
| Air Force-ANG | Francis S. Gabreski | New York | $199.7 | $0.0 | $199.7 |
| Air Force-ANG | Fresno Air Guard | California | $115.7 | $0.0 | $115.7 |
| Air Force-ANG | Ft. Smith | Arkansas | $139.7 | $0.0 | $139.7 |
| Air Force-BRAC | Galena Forward Operating Location | Alaska | $1,075.0 | $0.0 | $1,075.0 |
| Air Force-ANG | General Mitchell | Wisconsin | $175.7 | $0.0 | $175.7 |
| Air Force-BRAC | General Mitchell Air Reserve Station | Wisconsin | $1,762.0 | $0.0 | $1,762.0 |
| Air Force-BRAC | Gentile Air Force Station | Ohio | $1,060.0 | $0.0 | $1,060.0 |
| Air Force-BRAC | George AFB | California | $1,795.0 | $0.0 | $1,795.0 |

**Appendix C:  DoD Installations with a Known or Suspected Release of PFOS/PFOA**

| DoD Component | Installation Name | State/Territory | Investigation Costs[1] (thousands of dollars) | Cleanup Costs[2] (thousands of dollars) | Total Cost through Dec 31, 2016 (thousands of dollars) |
|---|---|---|---|---|---|
| Air Force-Active | Goodfellow AFB | Texas | $790.7 | $0.0 | $790.7 |
| Air Force-Active | Grand Forks AFB | North Dakota | $439.3 | $0.0 | $439.3 |
| Air Force-ANG | Great Falls International Airport | Montana | $103.7 | $0.0 | $103.7 |
| Air Force-ANG | Greater Peoria | Illinois | $127.7 | $0.0 | $127.7 |
| Air Force-BRAC | Griffiss AFB | New York | $2,000.0 | $0.0 | $2,000.0 |
| Air Force-BRAC | Grissom AFB | Indiana | $1,423.0 | $0.0 | $1,423.0 |
| Air Force-Active | Grissom Air Reserve Base | Indiana | $439.3 | $0.0 | $439.3 |
| Air Force-ANG | Gulfport Biloxi | Mississippi | $163.7 | $0.0 | $163.7 |
| Air Force-ANG | Hancock Field | New York | $151.7 | $0.0 | $151.7 |
| Air Force-Active | Hanscom AFB | Massachusetts | $468.0 | $0.0 | $468.0 |
| Air Force-ANG | Harrisburg International Airport | Pennsylvania | $43.7 | $0.0 | $43.7 |
| Air Force-ANG | Hector Field | North Dakota | $127.7 | $0.0 | $127.7 |
| Air Force-Active | Hill AFB | Utah | $587.6 | $0.0 | $587.6 |
| Air Force-Active | Holloman AFB | New Mexico | $790.7 | $0.0 | $790.7 |
| Air Force-BRAC | Homestead AFB | Florida | $1,073.0 | $0.0 | $1,073.0 |
| Air Force-Active | Homestead Air Reserve Base | Florida | $392.9 | $0.0 | $392.9 |
| Air Force-ANG | Horsham | Pennsylvania | $127.7 | $6,300.0 | $6,427.7 |
| Air Force-ANG | Hulman | Indiana | $115.7 | $0.0 | $115.7 |
| Air Force-Active | Hurlburt Field | Florida | $790.7 | $0.0 | $790.7 |
| Air Force-ANG | Jackson | Mississippi | $119.9 | $0.0 | $119.9 |
| Air Force-ANG | Jacksonville | Florida | $203.9 | $0.0 | $203.9 |
| Air Force-ANG | Joe Foss Field (Sioux Falls) | South Dakota | $151.7 | $0.0 | $151.7 |
| Air Force-Active | Joint Base Andrews | Maryland | $392.9 | $0.0 | $392.9 |
| Air Force-Active | Joint Base Cape Cod (Massachusetts Military Reservation) | Massachusetts | $1,317.6 | $305.5 | $1,623.1 |
| Air Force-Active | Joint Base Charleston | South Carolina | $392.9 | $0.0 | $392.9 |
| Air Force-Active | Joint Base Elmendorf-Richardson | Alaska | $1,542.8 | $0.0 | $1,542.8 |
| Air Force-Active | Joint Base Langley-Eustis | Virginia | $785.8 | $0.0 | $785.8 |
| Air Force-Active | Joint Base McGuire-Dix-Lakehurst | New Jersey | $617.3 | $1,187.8 | $1,805.1 |
| Air Force-Active | Joint Base San Antonio - Lackland, Randolph, Ft Sam Houston, Camp Bullis | Texas | $2,272.1 | $0.0 | $2,272.1 |
| Air Force-Active | Keesler AFB | Mississippi | $790.7 | $0.0 | $790.7 |
| Air Force-BRAC | Kelly AFB | Texas | $1,946.0 | $0.0 | $1,946.0 |
| Air Force-ANG | Key Field | Mississippi | $143.9 | $0.0 | $143.9 |
| Air Force-BRAC | KI Sawyer AFB | Michigan | $2,395.0 | $0.0 | $2,395.0 |
| Air Force-Active | King Salmon | Alaska | $51.8 | $0.0 | $51.8 |

18-C-0270

**Appendix C:  DoD Installations with a Known or Suspected Release of PFOS/PFOA**

| DoD Component | Installation Name | State/Territory | Investigation Costs[1] (thousands of dollars) | Cleanup Costs[2] (thousands of dollars) | Total Cost through Dec 31, 2016 (thousands of dollars) |
|---|---|---|---|---|---|
| Air Force-Active | Kirtland AFB | New Mexico | $667.7 | $0.0 | $667.7 |
| Air Force-ANG | Klamath Falls | Oregon | $103.7 | $0.0 | $103.7 |
| Air Force-BRAC | Kulis Air National Guard Base | Alaska | $1,060.0 | $0.0 | $1,060.0 |
| Air Force-ANG | Lambert St. Louis | Missouri | $55.7 | $0.0 | $55.7 |
| Air Force-Active | Laughlin AFB | Texas | $790.7 | $0.0 | $790.7 |
| Air Force-ANG | Lincoln Municipal | Nebraska | $163.7 | $0.0 | $163.7 |
| Air Force-Active | Little Rock AFB | Arkansas | $790.7 | $0.0 | $790.7 |
| Air Force-BRAC | Loring AFB | Maine | $2,441.0 | $0.0 | $2,441.0 |
| Air Force-Active | Los Angeles AFB | California | $72.5 | $0.0 | $72.5 |
| Air Force-BRAC | Lowry AFB | Colorado | $240.0 | $0.0 | $240.0 |
| Air Force-Active | Luke AFB | Arizona | $790.7 | $0.0 | $790.7 |
| Air Force-Active | MacDill AFB | Florida | $790.7 | $0.0 | $790.7 |
| Air Force-Active | Malmstrom AFB | Montana | $439.3 | $0.0 | $439.3 |
| Air Force-ANG | Mansfield | Ohio | $127.7 | $0.0 | $127.7 |
| Air Force-BRAC | March AFB | California | $1,364.0 | $1.0 | $1,365.0 |
| Air Force-Active | March Air Reserve Base | California | $790.7 | $0.0 | $790.7 |
| Air Force-ANG | Martin State | Maryland | $139.7 | $0.0 | $139.7 |
| Air Force-BRAC | Mather AFB | California | $1,571.0 | $197.0 | $1,768.0 |
| Air Force-Active | Maxwell Gunter AFB | Alabama | $790.7 | $0.0 | $790.7 |
| Air Force-BRAC | McClellan AFB | California | $1,144.0 | $0.0 | $1,144.0 |
| Air Force-Active | McConnell AFB | Kansas | $439.3 | $0.0 | $439.3 |
| Air Force-ANG | McEntire Air Guard | South Carolina | $223.7 | $0.0 | $223.7 |
| Air Force-ANG | McGhee-Tyson | Tennessee | $127.7 | $0.0 | $127.7 |
| Air Force-ANG | Memphis International Airport | Tennessee | $55.7 | $0.0 | $55.7 |
| Air Force-Active | Minneapolis-St Paul Air Reserve Station | Minnesota | $69.9 | $0.0 | $69.9 |
| Air Force-ANG | Minneapolis-St Paul International Airport | Minnesota | $69.8 | $0.0 | $69.8 |
| Air Force-Active | Minot AFB | New Dakota | $439.3 | $0.0 | $439.3 |
| Air Force-ANG | Moffett Field | California | $31.7 | $0.0 | $31.7 |
| Air Force-ANG | Montgomery Regional (Dannelly Field) | Alabama | $79.7 | $0.0 | $79.7 |
| Air Force-Active | Moody AFB | Georgia | $392.9 | $0.0 | $392.9 |
| Air Force-Active | Mountain Home AFB | Idaho | $790.7 | $0.0 | $790.7 |
| Air Force-BRAC | Myrtle Beach AFB | South Carolina | $1,246.0 | $0.0 | $1,246.0 |
| Air Force-ANG | Nashville Metro | Tennessee | $55.7 | $0.0 | $55.7 |
| Air Force-Active | Nellis AFB | Nevada | $667.7 | $0.0 | $667.7 |
| Air Force-Active | New Boston Air Force Station | New Hampshire | $8.9 | $0.0 | $8.9 |

**Appendix C:  DoD Installations with a Known or Suspected Release of PFOS/PFOA**

| DoD Component | Installation Name | State/Territory | Investigation Costs[1] (thousands of dollars) | Cleanup Costs[2] (thousands of dollars) | Total Cost through Dec 31, 2016 (thousands of dollars) |
|---|---|---|---|---|---|
| Air Force-ANG | New Castle | Delaware | $103.7 | $0.0 | $103.7 |
| Air Force-BRAC | Newark AFB | Ohio | $1,060.0 | $0.0 | $1,060.0 |
| Air Force-Active | Niagara Falls Air Reserve Station | New York | $399.8 | $0.0 | $399.8 |
| Air Force-BRAC | Norton AFB | California | $1,467.0 | $0.0 | $1,467.0 |
| Air Force-Active | Offutt AFB | Nebraska | $439.3 | $0.0 | $439.3 |
| Air Force-BRAC | O'Hare Air Reserve Station | Illinois | $76.0 | $0.0 | $76.0 |
| Air Force-BRAC | Onizuka Air Force Station | California | $60.0 | $0.0 | $60.0 |
| Air Force-BRAC | Ontario Air Force Station | California | $74.0 | $0.0 | $74.0 |
| Air Force-Active | Patrick AFB | Florida | $939.0 | $0.0 | $939.0 |
| Air Force-ANG | Pease | New Hampshire | $67.7 | $0.0 | $67.7 |
| Air Force-BRAC | Pease AFB | New Hampshire | $12,500.0 | $4,000.0 | $16,500.0 |
| Air Force-Active | Peterson AFB | Colorado | $1,303.7 | $4,127.7 | $5,431.4 |
| Air Force-Active | Pittsburgh Air Force | Pennsylvania | $171.8 | $0.0 | $171.8 |
| Air Force-ANG | Pittsburgh Air Force Reserve Command | Pennsylvania | $171.8 | $0.0 | $171.8 |
| Air Force-BRAC | Plattsburgh International Airport | New York | $2,042.0 | $30.0 | $2,072.0 |
| Air Force-ANG | Portland International Airport | Oregon | $115.7 | $0.0 | $115.7 |
| Air Force-ANG | Puerto Rico Munoz International Airport | Puerto Rico | $127.7 | $0.0 | $127.7 |
| Air Force-ANG | Quonset Point State Airport | Rhode Island | $55.7 | $0.0 | $55.7 |
| Air Force-BRAC | Reese AFB | Texas | $1,554.0 | $0.0 | $1,554.0 |
| Air Force-ANG | Reno Tahoe | Nevada | $139.7 | $0.0 | $139.7 |
| Air Force-BRAC | Richards-Gebaur AFB | Missouri | $1,307.0 | $0.0 | $1,307.0 |
| Air Force-ANG | Richmond International Airport Byrd Field | Virginia | $67.7 | $0.0 | $67.7 |
| Air Force-ANG | Rickenbacker | Ohio | $79.7 | $0.0 | $79.7 |
| Air Force-BRAC | Rickenbacker Air National Guard Base | Ohio | $1,074.0 | $0.0 | $1,074.0 |
| Air Force-Active | Robins AFB | Georgia | $1,206.5 | $0.0 | $1,206.5 |
| Air Force-ANG | Rosecrans Memorial | Missouri | $103.7 | $0.0 | $103.7 |
| Air Force-BRAC | Roslyn Air National Guard Station | New York | $60.0 | $0.0 | $60.0 |
| Air Force-ANG | Salt Lake City | Utah | $71.9 | $0.0 | $71.9 |
| Air Force-ANG | Savannah International Airport | Georgia | $163.7 | $0.0 | $163.7 |
| Air Force-ANG | Schenectady Airport | New York | $223.7 | $0.0 | $223.7 |
| Air Force-Active | Schriever AFB | Colorado | $81.4 | $0.0 | $81.4 |
| Air Force-Active | Scott AFB | Illinois | $439.3 | $0.0 | $439.3 |
| Air Force-ANG | Selfridge | Michigan | $307.7 | $0.0 | $307.7 |
| Air Force-Active | Seymour Johnson AFB | North Carolina | $392.9 | $0.0 | $392.9 |
| Air Force-Active | Shaw AFB | South Carolina | $392.9 | $0.0 | $392.9 |

As of December 31, 2016

18-C-0270

**Appendix C:  DoD Installations with a Known or Suspected Release of PFOS/PFOA**

| DoD Component | Installation Name | State/Territory | Investigation Costs[1] (thousands of dollars) | Cleanup Costs[2] (thousands of dollars) | Total Cost through Dec 31, 2016 (thousands of dollars) |
|---|---|---|---|---|---|
| Air Force-Active | Sheppard AFB | Texas | $790.7 | $0.0 | $790.7 |
| Air Force-ANG | Sioux Gateway (Sioux City) | Iowa | $115.7 | $0.0 | $115.7 |
| Air Force-ANG | Sky Harbor International Airport | Arizona | $91.7 | $0.0 | $91.7 |
| Air Force-ANG | Springfield Municipal (Capital) | Illinois | $7.7 | $0.0 | $7.7 |
| Air Force-ANG | Springfield-Beckley Municipal | Ohio | $151.7 | $0.0 | $151.7 |
| Air Force-ANG | Standiford Field Air National Guard | Kentucky | $91.7 | $0.0 | $91.7 |
| Air Force-ANG | Stanly/Badin County Airport Air National Guard Base | North Carolina | $31.7 | $0.0 | $31.7 |
| Air Force-ANG | Stewart International Airport | New York | $163.7 | $0.0 | $163.7 |
| Air Force-Active | Tinker AFB | Oklahoma | $816.1 | $0.0 | $816.1 |
| Air Force-ANG | Toledo Express | Ohio | $151.7 | $0.0 | $151.7 |
| Air Force-Active | Travis AFB | California | $816.1 | $0.0 | $816.1 |
| Air Force-ANG | Truax Field | Wisconsin | $115.7 | $0.0 | $115.7 |
| Air Force-ANG | Tucson International Airport | Arizona | $187.7 | $0.0 | $187.7 |
| Air Force-ANG | Tulsa International Airport | Oklahoma | $91.7 | $0.0 | $91.7 |
| Air Force-Active | Tyndall AFB | Florida | $392.9 | $0.0 | $392.9 |
| Air Force-Active | USAF Academy | Colorado | $81.4 | $0.0 | $81.4 |
| Air Force-Active | Vance AFB/Kegelman | Oklahoma | $790.7 | $0.0 | $790.7 |
| Air Force-Active | Vandenberg AFB | California | $790.7 | $0.0 | $790.7 |
| Air Force-ANG | Volk Field | Wisconsin | $107.9 | $0.0 | $107.9 |
| Air Force-Active | Wake Island | Guam | $81.4 | $0.0 | $81.4 |
| Air Force-Active | Westover Air Reserve Base | Massachusetts | $392.9 | $0.0 | $392.9 |
| Air Force-Active | Whiteman AFB | Missouri | $439.3 | $0.0 | $439.3 |
| Air Force-ANG | Will Rogers International Airport | Oklahoma | $115.7 | $0.0 | $115.7 |
| Air Force-BRAC | Williams AFB | Arizona | $1,089.0 | $0.0 | $1,089.0 |
| Air Force-ANG | WK Kellogg | Michigan | $163.7 | $0.0 | $163.7 |
| Air Force-Active | Wright Patterson AFB | Ohio | $503.3 | $2,805.6 | $3,308.9 |
| Air Force-BRAC | Wurtsmith AFB | Michigan | $2,079.7 | $3,000.0 | $5,079.7 |
| Air Force-ANG | Yeager (McLaughlin) | West Virginia | $103.7 | $0.0 | $103.7 |
| Air Force-Active | Youngstown Air Reserve Station | Ohio | $81.4 | $0.0 | $81.4 |
| | | Air Force Subtotals: | $119,712.1 | $32,783.0 | $152,495.1 |

18-C-0270

**Appendix C:  DoD Installations with a Known or Suspected Release of PFOS/PFOA**

| DoD Component | Installation Name | State/Territory | Investigation Costs[1] (thousands of dollars) | Cleanup Costs[2] (thousands of dollars) | Total Cost through Dec 31, 2016 (thousands of dollars) |
|---|---|---|---|---|---|
| DLA - Active | Defense Supply Center Richmond | Virginia | $0.0 | $0.0 | $0.0 |
| DLA - Active | Susquehanna | Pennsylvania | $0.0 | $0.0 | $0.0 |
| | | DLA Subtotals: | $0.0 | $0.0 | $0.0 |
| | | Grand Totals: | $141,798.1 | $56,856.5 | $198,654.6 |

**Footnotes:**

1:  Investigation costs include but are not limited to:  site investigation work (e.g., preliminary assessments, site inspections, remedial investigations) and monitoring.

2:  Cleanup costs include but are not limited to site restoration; corrective action (e.g., supplying bottled water, installing granular activated carbon filters).

3:  This installation is not one of the 393 active and BRAC installations with one or more areas where there is a known or suspected release of PFOS or PFOA as of December 31, 2016; however, it is included here because DoD spent DERP funds to investigate for a potential release of PFOS or PFOA at the request of the regulator.

4:  The Navy expended these funds to investigate known or suspected PFOS/PFOA releases at several BRAC installations.

5:  The Navy plans, programs, budgets, and executes the Defense Environmental Restoration Program for the U.S. Marine Corps.

18-C-0270